UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARK E. BAILEY<br>(Social Security No. XXX-XX-8099),<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | 3:09-cv-151-WGH-RLY |

## FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED**. The plaintiff's Complaint is **DISMISSED**. Each party shall bear its own costs.

**Entered:** March 31, 2011

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

By:_____
  Deputy Clerk

**Electronic copies to:**

Mark David Geheb
LAW OFFICE OF JOE D. BLACK
mgeheb@sbcglobal.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov